Form 704-8B
Rev. 1/05

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

In re:   Roger Perry Arthur                                   Case No. 09-62601
         Gail Craghead Arthur

            Debtor(s)                                          Chapter 7

## TRANSMITTAL OF SMALL DIVIDENDS

Comes now the undersigned trustee and reports as follows:

1. Distribution to creditors in an amount of less than Five Dollars ($5.00), unless authorized by the court is prohibited by Bankruptcy Rule 3010, unless authorized by the Court. No such order has been entered by the court.

2. The Trustee has attached a separate sheet indicating the name, address, and amount due those creditors to whom distribution of less than $5.00 would have been made if ordered by the Court.

3. That the Trustee's check payable to the Clerk, U.S. Bankruptcy Court, for the dividends of less than $5.00 is attached with the request that such funds be deposited in the U.S. Treasury.


Date:   April 21, 2011                      **/s/ William F. Schneider**
                                            William F. Schneider, Trustee
                                            P.O. Box 739
                                            Lynchburg, VA  24505
                                            434.528.0411
                                            434.845.3666 (FAX)

Form 704-8B
Rev. 1/05

Creditor                                Amount
Address

Interim Healthcare                      $1.38
P.O. Box 20088
Roanoke, VA  24018